**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
|     KEVIN M. COOK ) | CASE NO.11-70052–BHL-13 |
|     NICOLE D. COOK ) | |
|         DEBTOR(S) ) | |

### TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

Pursuant to Fed.R.Bankr.P. 3011, Robert P. Musgrave, Trustee, submits the following notice of unclaimed dividends to the Court.

| **Payee(s)** | **Last Known Address(es)** | **Amount(s)** |
|---|---|---|
| INSIGHT COMMUNICATIONS | 1900 NORTH FARES AVENUE EVANSVILLE, IN 47711 | $80.80 |
| | **TOTAL AMOUNT:** | $80.80 |

February 8, 2016

/s/Robert P. Musgrave
Robert P. Musgrave
Chapter 13 Trustee
P.O. Box 972
Evansville, IN  47706-0972
Telephone:  (812) 424-3029
Fax:  (812) 433-3464
Email address:  chap13@trustee13.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served upon the following parties, either personally, electronically or by first-class mail February 8, 2016:

U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

KEVIN M. COOK
NICOLE D. COOK
3313 FOLSOMVILLE ROAD

BOONVILLE, IN 47601

KEVIN S. KINKADE
ATTORNEY AT LAW
123 N.W. 4TH ST., STE. 201
EVANSVILLE, IN 47708-1725

/s/Robert P. Musgrave
Robert P. Musgrave
Chapter 13 Trustee
P.O. Box 972
Evansville, IN  47706-0972
Telephone:  (812) 424-3029
Fax:  (812) 433-3464
Email address:  chap13@trustee13.com